# Commonwealth, Appellant, *v.* American Steel & Wire Company of New Jersey.

Argued June 2, 1903. Appeal, No. 1, May T., 1904, by plaintiff, from judgment of C. P. Dauphin Co., Commonwealth Docket 1902, No. 248, on appeal from tax settlement in case of Commonwealth v. American Steel & Wire Company of New Jersey. Before MITCHELL, DEAN, FELL, BROWN, MESTREZAT and POTTER, JJ.. Affirmed.

*Hampton L. Carson,* attorney general with him *Frederic W. Fleitz,* deputy attorney general, for appellant.

*James A. Stranahan* and *Reed, Smith, Shaw & Beal,* for appellee.

OPINION BY MR. JUSTICE BROWN, January 4, 1904:

This case was argued with Commonwealth v. Danville Bessemer Company, May term, 1903, No. 8, and, in view of what we have said in the opinion in that case, this day filed, the judgment is affirmed.